**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:**     **DAVID KOHNO,** | : | Case No. 13-52026 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge Charles M. Caldwell |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Now comes Debtor DAVID KOHNO by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

DAVID KOHNO
3490 Trenton Road
Columbus, Ohio 43232

Respectfully submitted,

Dated: 19 May 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:    614.444.5290
Fax:    614.444.4446
markalbertherder@yahoo.com